**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL JOHNSON, | No. CV 08-2090-JVS(CW) |
|     Petitioner, | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| v. | |
| A. HEDGPETH, | |
|     Respondent. | |

This Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) has been denied on its merits and dismissed with prejudice.

"The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rules Governing Section 2254 Cases in the United States District Courts, Rule 11(a). A certificate of appealability ("COA") is not issued unless there is "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); United States v. Christakis, 238 F.3d 1164, 1168 n.4 (9th Cir. 2001). A "substantial showing" is a demonstration that: (1) issues are debatable among jurists of reason; (2) a court could resolve the issues differently;

1 or (3) issues are adequate to deserve encouragement to proceed
2 further. <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 n.4, 103 S. Ct. 3383,
3 78 L. Ed. 2d 1090 (1983); <u>Slack v. McDaniel</u>, 529 U.S. 473, 483, 120 S.
4 Ct. 1595, 146 L. Ed. 2d 542 (2000); <u>Lambright v. Stewart</u>, 220 F.3d
5 1022, 1024 (9th Cir. 2000).

6 When (as here) a district court rejects constitutional claims on
7 the merits, the COA standard is straightforward. "The petitioner must
8 demonstrate that reasonable jurists would find the district court's
9 assessment of the constitutional claims debatable or wrong." <u>Slack</u>,
10 529 U.S. at 484. Here, Petitioner's claims were fully addressed in
11 the Report and Recommendation accepted by the Court, the relevant
12 principles of law are well-settled, and their application to the facts
13 of this case is straightforward. Nothing in the record indicates that
14 the determination on these issues is reasonably debatable or subject
15 to differing resolution, nor are the claims deserving of encouragement
16 for further proceedings.

17 Therefore, the issuance of a certificate of appealability is
18 **DENIED**.

20 DATED: June 25, 2012

JAMES V. SELNA
United States District Judge

Presented by:
23 Dated: June 20, 2012

CARLA M. WOEHRLE
26 United States Magistrate Judge

2