# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL JOHNSON, | ) | No. CV 08-2090-JVS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. HEDGPETH, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  June 25, 2012

_____
JAMES V. SELNA
United States District Judge